1  BRIAN J. STRETCH
2  Acting United States Attorney

3  DEBORAH LEE STACHEL
4  Acting Regional Chief Counsel, Region IX
   Social Security Administration
5  SHARON LAHEY
   Special Assistant United States Attorney
6     160 Spear Street, Suite 800
      San Francisco, California  94105
7     Telephone: 415-977-8963
      Facsimile: 415-744-0134
8     E-mail: Sharon.Lahey@ssa.gov

9
   ATTORNEYS FOR DEFENDANT
10
                         UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14  JOSEPH DEVIGILI,                    )  CIVIL NO. No.: 3:15-cv-02237-SI
                                        )
15        Plaintiff,                    )
                                        )  **STIPULATION FOR VOLUNTARY**
16        vs.                           )  **REMAND PURSUANT TO**
                                        )  **SENTENCE FOUR OF 42 U.S.C.**
17  CAROLYN W. COLVIN, Acting Commissioner )  **§ 405(g) AND ENTRY OF JUDGMENT**
    Of Social Security,                 )
18                                      )
          Defendant.                    )
19                                      )
                                        )
20

21        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the

22  approval of the Court, that Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant or

23  the Commissioner) has agreed to voluntarily remand this case for further administrative proceedings,

24  pursuant to sentence four of 42 U.S.C. section 405(g).  On remand, the Appeals Council will remand the

25  case to an administrative law judge (ALJ) for a new hearing and decision.  The Appeals Council will

26  instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source

27  opinion evidence concerning physical and mental impairments, and explain the weight given to the

28  opinion evidence consistent with 20 C.F.R. section 404.1527 and Social Security Rulings

96-2p and 96-5p.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the Commissioner's final decision

| | |
|---|---|
| Date: January 19, 2016 | WEEMS LAW OFFICES |
| | By: /s/ *Robert C. Weems** <br> ROBERT C. WEEMS <br> (*Authorized by e-mail on January 19, 2016) <br> Attorneys for Plaintiff |
| Date: January 19, 2016 | BRIAN J. STRETCH <br> United States Attorney |
| | By: /s/ *Sharon Lahey* <br> SHARON LAHEY <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATE:  1/20/16

_____
HON. SUSAN ILLSTON
Senior United States District Judge

2

STIPULATION & PROPOSED ORDER                                   CASE NO. 3:15-cv-02237-SI