United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH DEVIGILI,

    Plaintiff,

    v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 15-cv-02237-SI

**JUDGMENT**

On January 20, 2016, the Court approved the Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g).  Dkt. No. 25.  Pursuant to the stipulation, judgment is hereby entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED**.

Dated: January 21, 2016

_____
SUSAN ILLSTON
United States District Judge